```
                                        FILED
                                      APR - 3 2011
                                   CLERK, U.S. DISTRICT COURT
                                      DISTRICT OF NEVADA
                                   BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-476-KJD (GWF) |
| ) | |
| FRANCISCO SANCHEZ-JIMENEZ, ) | |
| a.k.a. "Bigotes", ) | |
| a.k.a. "Pancho", ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On May 3, 2011, defendant FRANCISCO SANCHEZ-JIMENEZ, a.k.a. "Bigotes" a.k.a. "Pancho" pled guilty to Counts One and Two of a Two-Count Superseding Criminal Information charging him in Count One with Money Laundering Conspiracy in violation of Title 18, United States Code, Sections 1956(h) and (a)(1)A)(i), and charging him in Count Two with Conspiracy to Distribute a Controlled Substance (Methamphetamine) in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(B)(viii), and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Superseding Criminal Information.

This Court finds that FRANCISCO SANCHEZ-JIMENEZ, a.k.a. "Bigotes" a.k.a. "Pancho" shall pay an *in personam* criminal forfeiture money judgment of $38,600.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from FRANCISCO SANCHEZ-JIMENEZ, a.k.a. "Bigotes" a.k.a. "Pancho" an *in personam* criminal forfeiture money judgment in the amount of $38,600.00 in United States Currency.

DATED this 3rd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE