

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>            Plaintiff,                 )<br>                                       )<br>    v.                                 )<br>                                       )<br> FRANCISCO SANCHEZ-JIMENEZ,            )<br> a.k.a. "Bigotes,"                     )<br> a.k.a. "Pancho,"                      )<br>                                       )<br>            Defendant.                 ) | 2:10-CR-476-KJD (GWF) |

## ORDER OF FORFEITURE

This Court found on May 3, 2011, that FRANCISCO SANCHEZ-JIMENEZ, a.k.a. "Bigotes," a.k.a. "Pancho" shall pay a criminal forfeiture money judgment of $38,600.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Sections 853(a)(1), (a)(2), and (p). Docket #104.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from FRANCISCO SANCHEZ-JIMENEZ, a.k.a. "Bigotes," a.k.a. "Pancho" a criminal forfeiture money judgment in the amount of $38,600.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(A) and Title 28,

. . .

. . .

. . .

1 | United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21,
2 | United States Code, Sections 853(a)(1), (a)(2), and (p).

3 | DATED this 10th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE